## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MADISON HOBLEY,                                    )
                                                   )
            Plaintiff,          F I L E D          )      No. 03 C 3678
                                                   )
      v.                                           )      Judge Marvin Aspen
                          JUN 2 8 2004             )
                                                   )
CHICAGO POLICE COMMANDER                           )
JON BURGE, et al.,    UNITED STATES DISTRICT COURT )      Magistrate Judge
                                                   )      Geraldine Soat Brown
            Defendants.                            )

### NOTICE OF EMERGENCY MOTION

To:   See Attached Service List

      PLEASE TAKE NOTICE that on June 29, 2004 at 10:30 a.m., or as soon as this Motion
may be heard, I shall appear before the Honorable Judge Aspen, or any judge sitting in his stead
in Courtroom 2578 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago,
Illinois, 60604 and shall then and there present Petitioners, Leroy Martin and Gayle Shines
Emergency Motion for a Stay of Disclosure during the litigation of the Intervenors' Objections, a
copy of which is attached hereto and herewith served upon you.

                              Respectfully submitted,
                              GAYLE SHINES and
                              LEROY MARTIN

                    By:  _____
                              Eileen M. Letts
                              Martin P. Greene
                              Kevin T. Lee
                              Terry Miller
                              GREENE AND LETTS
                              111 West Washington Street
                              Suite 1650
                              Chicago, Illinois 60602
                              312/346-1100

X:\CITY OF CHICAGO\HOBLEY 59-00010\PLEADING\Emergency Stay and Objections.doc

# SERVICE LIST

Terrence M. Burns
Harry N. Arger
Paul A. Michalik
Daniel M. Noland
Dykema Gossett Rooks Pitts
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
312.876-1700

Kurt Henry Feuer
Jonathan Loevy
Arthur Loevy
Jonathan A. Rosenblatt
Michael Kanovitz
Loevy & Loevy
312 North May Street, Suite 100
Chicago, Illinois 60607
312.243.5900

Andrea D. Lyon
Center for Justice in Capital Cases
DePaul College of Law
25 E. Jackson
Chicago, Illinois 60604
312.362.3402

James Gus Sotos
Michael William Condon
John J. Timbo
Elizabeth A. Ekl
Hervas, Sotos, Condon & Bersani
333 Pierce Road, Suite 195
P.O. Box 4109
Itasca, Illinois 60143-4109
630-773-4774

June Ghezzi
Jones Day
77 West Wacker Drive
Chicago, Illinois 60601
FAX 782-8585

## PROOF OF SERVICE

The undersigned hereby certifies that the above-mentioned Notice of Motion and Motion were served on the above-mentioned party on June 28, 2004.

( )     by personal delivery

(X )    by facsimile

( )     by placing a copy of same in an envelope properly addressed and stamped and placing said envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

Terry Miller
GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100

X:\CITY OF CHICAGO\HOBLEY 59-00010\PLEADING\Emergency Stay and Objections.doc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MADISON HOBLEY,

        Plaintiff,

      v.

CHICAGO POLICE COMMANDER
JON BURGE, et al.,

        Defendants.

No. 03 C 3678

Judge Marvin Aspen

Magistrate Judge
Geraldine Soat Brown

FILED
JUN 2 8 2004
UNITED STATES DISTRICT COURT

JUN 3 0 2004

## EMERGENCY MOTION FOR STAY OF DISCLOSURE OF PRIVILEGED COMMUNICATIONS PENDING RESOLUTION OF INTERVENORS' OBJECTIONS

NOW COMES intervenors, LeRoy Martin and Gayle Shines, by and through their attorneys, EILEEN M. LETTS, MARTIN P. GREENE, KEVIN T. LEE, and TERRY MILLER of the law firm of GREENE AND LETTS, and request this Honorable Court to stay disclosure of the disputed documents in the instant matter pending the presentment and resolution of Intervenors' Objections of this Court's written "Memorandum, Opinion and Order"dated June 16, 2004 and state as follows:

1.     On April 20, 2004, Magistrate Geraldine Soat-Brown entered an order broadly waiving various privileges attached to and associated with documents in the possession of the law firm of Hinshaw and Culbertson.

2.     On or around April 20, 2004, the Magistrate's Order came to the attention of counsel for LeRoy Martin and Gayle Shines.

3.     On May 19, 2004, the Magistrate granted Mr. Martin and Ms. Shines the right to intervene for the limited purpose of preserving their claims of privilege. The Order specifically barred counsel for intervenors from viewing the disputed "Martin documents."

4.     The issue was briefed, and on June 16, 2004 the Court denied the intervenors' motion for a protective order.

5.     A party may serve and file objections to a Magistrate Judge's order within 10 days after being served with a copy of the order. Federal Rules of Civil Procedure 72(a). The 10

243

day time frame in which to file objections excludes Saturdays, Sundays, and legal holidays from the computation. Lerro v. Quaker Oats Co., 84 F.3d 239 (7th Cir. 1996).

6.    A party can also bring a motion to reconsider in order to correct errors of law or fact or present newly discovered evidence. *See Bordelon v. Chicago School Reform Board of Trustees,* 233 F.3d 524, 529 (7th Cir.2000)(citing *LB Credit Corp. v. Resolution Trust Corp.,* 49 F.3d 1263 (7th Cir.1995).

7.    On June 24, 2004, Magistrate Brown issued an Order compelling the disclosure of documents that contain the privileged communications of the intervenors. This disclosure is to occur **today, June 28, 2004**.

8.    Because the June 24, 2004 Order compelled the disclosure of the documents **before** the time that intervernors' objections or any Motion for reconsideration was due, intervenors brought an Emergency Motion for stay of disclosure pending presentment and resolution of the Motion for Reconsideration before the Magistrate.

9.    On June 28, 2004, at 9:45 the Motion for Reconsideration was summarily denied without comment on either the applicable law or the new affidavit submitted in support of the Motion for Reconsideration.  It is this denial of the Motion for Reconsideration to which interveners now object.

WHEREFORE, intervenors request that this Court Stay the disclosure of only those documents concerning LeRoy Martin and Gayle Shines until the Court has ruled on intervenors' objections.

Respectfully submitted,

INTERVENORS
LEROY MARTIN
GAYLE SHINES

Eileen M. Letts
Martin P. Greene
Kevin T. Lee
Terry Miller
GREENE AND LETTS
Attorneys for defendant
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100