IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MADISON HOBLEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   v. | ) | No. 03 C 3678 |
| | ) | |
| CHICAGO POLICE COMMANDER JON | ) | The Honorable Marvin Aspen |
| BURGE, et al. | ) | |
|     Defendants. | ) | Magistrate Judge Geraldine Brown |

**INDEX TO EXHIBITS TO DEFENDANT OFFICERS' LOCAL RULE 56.1
STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

| **Exhibit No.** | **Description** |
|---|---|
| 1 | Amended Complaint, dated June 22, 2004 |
| 2 | Apartment Lease, dated November 12, 1986 |
| 3 | Statement of Polygraph Subject, dated January 6, 1987 |
| 4 | Felony Review Jacket (group exhibit) |
| 5 | Photographs of Gas Can in Apt. 206 |
| 6 | Request for Analysis/Receipt for Evidence |
| 7 | Supplementary Report dated January 31, 1987 |
| 8 | Photographs from McKinley Fire |
| 9 | Evidence Report, RD H556277 dated December 15, 1986 |
| 10 | Property Inventory No. 341644 |
| 11 | Evidence Report, RD H556277 dated December 26, 1986 |
| 12 | Request for Analysis/Receipt for Exhibit, H556277 |
| 13 | Laboratory Report dated December 24, 1986, H556277 |

| | |
|---|---|
| 14 | Laboratory Report dated December 23, 1986, H566277 |
| 15 | McKinley Affidavit dated April 9, 1999 |
| 16 | Photos of Gas Can from Plaintiff's Case (Exhibit #8) |
| 17 | Order of Cook County Circuit Court Judge Porter, dated July 8, 2002 |
| 18 | Letter from Kurt Feuer to Counsel Dated March 14, 2005 Regarding the McKinley Fire Photos |
| 19 | Letter from Kurt Feuer to Counsel Dated April 1, 2005 Regarding Donnell McKinley |
| 20 | Memorandum from Jane E. Liechty, A.S.A. to Paula M. Daleo, dated January 7, 1987 |
| 21 | Arrest Report Dated March 17, 1987 - Andre Council |
| 22 | Arrest Warrant Dated April 16, 1987 - Andre Council |
| 23 | I-Bond Receipt - Andre Council |
| 24 | *People v. Hobley*, 637 N.E.2d 992 (Ill. 1994) |
| 25 | *People v. Hobley*, 696 N.E.2d 313 (Ill. 1998). |
| 26 | Report by Geoffrey P. Alpert, dated March 14, 2007 |
| 27 | Geoffrey Alpert Deposition - April 25, 2007 |
| 28 | George Basile Deposition - August 9, 1999 |
| 29 | Debra Bedford Deposition - February 17, 2005 |
| 30 | Curtis Bohannon Trial Testimony - July 20, 1990 |
| 31 | Francis Burns Trial Testimony - July 20, 1990 |
| 32 | Francis Burns Post-Conviction Testimony - January 28, 2002 |
| 33 | Francis Burns Deposition - June 14, 1999 |
| 34 | Paul Cale Deposition - January 14, 2005 |

| | |
|---|---|
| 35 | Louis Casa Deposition - February 28, 2005 |
| 36 | Phillip Cline Deposition - May 5, 2005 |
| 37 | Andre Council Trial Testimony - July 18, 1990 |
| 38 | Andre Council Post-Conviction Testimony - December 20, 2000 |
| 39 | Andre Council Deposition (Part I) - October 22, 2004 |
| 40 | Andre Council Deposition (Part II) - December 20, 2004 |
| 41 | Serita Crawford Trial Testimony - July 23, 1990 |
| 42 | Robert Dwyer Trial Testimony- July 24, 1990 |
| 43 | Robert Dwyer Deposition - May 4, 2007 |
| 44 | Glenn Evans Deposition - June 20, 2005 |
| 45 | Patrick Garrity Motion to Suppress Testimony - August 29, 1989 |
| 46 | Patrick Garrity Trial Testimony - July 20, 1990 |
| 47 | Patrick Garrity Deposition Testimony - April 26, 2007 |
| 48 | Julie Harmon Post-Conviction Testimony - July 13, 2000 |
| 49 | Julie Harmon Deposition - August 11, 2005 |
| 50 | Madison Hobley Motion to Suppress Testimony - August 29, 1989 |
| 51 | Madison Hobley Trial Testimony - July 26, 1990 |
| 52 | Madison Hobley Deposition (Part I) - March 19, 2004 |
| 53 | Madison Hobley Deposition (Part II) - April 7, 2004 |
| 54 | Myra Hobley Deposition - January 16, 2004 |
| 55 | Jeffrey Howard Deposition - August 11, 2004 |
| 56 | Dorothy Johnson Deposition - May 10, 2005 |
| 57 | William Kleinick Trial Testimony - July 19, 1990 |

| | |
|---|---|
| 58 | William Kleinick Deposition - April 23, 2004 |
| 59 | Peter LaManna Deposition - April 15, 2004 |
| 60 | Jane Liechty (Loeb) Trial Testimony - August 1, 1990 |
| 61 | Jane Liechty (Loeb) Deposition - January 11, 2005 |
| 62 | James Lotito Deposition - May 10, 2007 |
| 63 | John Manos Deposition - June 21, 1999 |
| 64 | Angelina McDaniel Deposition - August 27, 2004 |
| 65 | Donnell McKinley Post-Conviction Testimony - June 1, 2000 |
| 66 | Daniel McWeeny Deposition - May 17, 2007 |
| 67 | Virgil Mikus Deposition - August 19, 2004 |
| 68 | Virgil Mikus Deposition - September 22, 2004 |
| 69 | John Paladino Deposition - June 28, 1999 |
| 70 | John Paladino Post-Conviction Testimony - June 1, 2000 |
| 71 | John Paladino Deposition - April 13, 2007 |
| 72 | Patricia Phifer Deposition - April 15, 2005 |
| 73 | Robert Sherwin Post-Conviction Testimony - October 5, 2000 |
| 74 | Stephen Stern Trial Testimony - July 27, 1990 |
| 75 | Stephen Stern Deposition - December 8, 2004 |
| 76 | Kenneth Stewart Grand Jury Testimony - January 26, 1987 |
| 77 | Kenneth Stewart Trial Testimony - July 20, 1990 |
| 78 | Marie Walton Trial Testimony - July 18, 1990 |
| 79 | Eric Wilson Trial Testimony - July 23, 1990 |