Hobley v. Burge, et al
Case No.      03-3678

**Exhibit
9**

# EVIDENCE REPORT
## CRIME LABORATORY DIVISION/CHICAGO POLICE

| | | | OTHER NO. Photo 9187 | RD NO. H 556 277 |
|---|---|---|---|---|

**OFFENSE OR INCIDENT** Agg. Arson

| IUCR 10 25 | AREA-DIST-BEAT 02 06 614 | DATE RECEIVED 15 Dec 86 | TIME 2250 |
|---|---|---|---|

**ASSIGNMENT TYPE** Photos / Samples

| UNIT ASSIGNED 5813 | RECEIVED BY Mikus | DATE ARRIVED 15 Dec 86 | TIME 0100 |
|---|---|---|---|

**LOCATION OF SERVICE** 8308 S. Paulina

| | REQUESTED BY Mikus | DATE COMPLETED 15 Dec 86 | TIME 0400 |
|---|---|---|---|

**VICTIM'S NAME** Mayo, Donald

| SEX-RACE-AGE M/B | ADDRESS 8037 S. May | PHONE NO. 873-8282 |
|---|---|---|

**ELIM. PRINTS** ☐YES ☐NO   **IN CUSTODY** ☐YES ☐NO   **NAME** | **D.O.B.** | **CB NO.** | **IR NO.**

### FINGERPRINTS

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |

**POSSIBLE SUSPECT INFORMATION** ☐MALE ☐FEMALE   **RACE** ☐ADULT ☐JUVENILE   **IDENT. SECTION** ☐SUITABLE ☐NOT SUITABLE   **INITIAL**   **DATE**

### PHOTOS TAKEN

| A Placard | E | I |
|---|---|---|
| B Scene Photos | F | J |
| C | G | K |
| D | H | L |

### VEHICLE(S)

| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |

### PHYSICAL EVIDENCE

| PROP. INVENT. NO.–UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| 341 643 603 | Shoes / 3 cans Fire Debris | C. C. |
| 341 644 603 | Two Gallon Gas Can | C. L. |
| 341 645 603 | One Vial of Liquid | C. L. |

**DETAILS OF CASE**

Flammable Liquid Poured within Apt. at 8308 S. Paulina As per offender then Ignited.

| INVESTIGATING OFFICER'S NAME V. Mikus | STAR NO. 4339 | UNIT 603 | BEAT OFFICER'S NAME Hudson | STAR NO. 12170 | UNIT 614 |
|---|---|---|---|---|---|

**REPORTING TECHNICIAN'S NAME** V. Mikus | **STAR NO.** 4339 | **APPROVING SUPERVISOR'S NAME** | **STAR NO.**

CPD-33.103 (Rev. 11/83)

### CRIME LABORATORY DIVISION COPY

Hobley v. Burge, et al
Case No.     03-3678

**Exhibit
10**

PROPERTY INVENTORY NO. **341644**

CHICAGO POLICE

| DATE RED'D | MONTH | YEAR | R.D. NO. |
|---|---|---|---|
| 16 | Dec | 86 | H 556277 |

INVENTORY NO. 34.643 5 46

CRIME LABORATORY NO.

CROSS REFERENCE

IN RECOVERY ☐ NONE

**BOMB-ARSON** U.S.C. ONLY

INVENTORY NO. **34164**

DESCRIPTION / BEAT OF OCCURRENCE / STORAGE WAREHOUSE

| LINE NO. | QUANTITY | DESCRIPTION | TOTAL CASH VALUE U.S.C. |
|---|---|---|---|
| 1 | One | Two Gallon Gas Container | 379½ F AP Paper Bag |
| 2 | | | |
| 3 | | | |
| 4 | | Agg. Arson | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

ACCEPTED AS

**SEALED PACKAGE SUBJECT TO VERIFICATION**

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY — HELD IN ORIGINAL FORM — DO NOT DEPOSIT

STATE CHARGE(S)
☑ FELONY
☐ MISDEMEANOR

Agg. Arson

☐ C.P.D. CONTINGENCY FUND MONEY
☐ GAMBLING RAID SEIZURE
☐ MEDICAL EXAMINER'S PROPERTY
☐ HOMICIDE
☑ ARSON
☐ NARCOTICS
☐ MANSLAUGHTER
☐ RELATED

RECOVERED/SEIZED FROM — NAME
McKinley Donnell
Unknown

AT 8308 S. Paulina

| INVESTIGATING OFFICER — STAR NO. — UNIT | STAR NO. |
|---|---|
| Mikus 4339 603 | 4339 |

ADDRESS

ADDRESS — STREET

CITY STATE ZIP

DATE RECEIVED

TELEPHONE NO.

OWNER'S NAME

FOUND BY — NAME
☐ CHECK
☑ IF C.P.D.

☑ HOLD FOR INVESTIGATION AND/OR EVIDENCE

PROPERTY OWNER NOTIFIED
☐ ON ___ DAY MONTH YEAR
☐ TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)

INITIAL DESTINATION OF PROPERTY
☐ EVIDENCE & RECOVERED PROPERTY SECTION
☐ MEDICAL EXAMINER
☑ CRIME LABORATORY
☐ AUTO POUND NO.

VIA ☐ POLICE MAIL ☑ RECOVERING UNIT PERSONNEL
☐ E. & R.P.S. PICKUP ☐ EVID./LAB. TECHNICIAN

1st OFFICER'S NAME / SIGNATURE
Virgil Mikus

2nd OFFICER'S NAME / SIGNATURE

APPROVING DESK SERGEANT
J.A. Shuttleworth

STAR NO. 1023 | DATE 16 Dec 86 | TIME 1730

RECD. BY

DEC 26 1986

TALLIED

KILLED

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY.
RECIPIENT'S SIGNATURE
X

OFFICER'S SIGNATURE — STAR — UNIT
X

WATCH CMDR'S APPROVAL SIGNATURE (EXCEPT BANK REQUIRED FOR FIREARMS)
X

COURT ORDER or DISPOSAL INSTRUCTION

JUDGE

OFFICER'S SIGNATURE — STAR — UNIT
X

E. & R.P.S. USE ONLY

CITY 008844

PROPERTY

CT. 8

UNIT

**RECOVERED PROPERTY DISPOSITION TRACER**
EVIDENCE & RECOVERED PROPERTY SECTION/CHICAGO POLICE

☞ CHECK AND COMPLETE
ONE CATEGORY ONLY.

COMPLETE AND RETURN AT ONCE TO
EVIDENCE & RECOVERED PROPERTY SECTION
ROOM BA20, 2650 SOUTH CALIFORNIA — PAX 9-4146

| ☒ | **#1** | **DISPOSE OF ACCORDING TO LAW** | CHECK THIS BOX TO AUTHORIZE CONFISCATION DISPOSITION OF THIS PROPERTY. |

**#2    HOLD FOR EVIDENCE**

☐ **A.** INVENTORIED AS EVIDENCE IN CASE IDENTIFIED AS
MURDER, MANSLAUGHTER, ARSON, FORGERY, OR TREASON.

☐ **B.** INVENTORIED AS EVIDENCE IN OTHER FELONY CASE
AUTOMATIC DISPOSAL AUTHORIZED AFTER 3 YEARS FROM DATE OF INVENTORY
UNLESS E & RPS IS OTHERWISE NOTIFIED IN WRITING, BY SEPARATE REPORT,
APPROVED BY SUPERVISOR.

☐ **C.** INVENTORIED AS EVIDENCE IN MISDEMEANOR CASE
AUTOMATIC DISPOSAL AUTHORIZED AFTER 18 MONTHS FROM DATE OF INVENTORY
UNLESS E & RPS IS OTHER NOTIFIED IN WRITING, BY SEPARATE REPORT,
APPROVED BY SUPERVISOR.

☐ **#3    OWNER** GENERAL ORDER REQUIRES INVENTORYING/INVESTIGATING OFFICER TO NOTIFY OWNER.
THIS IS CONFIRMATION THAT OWNER IS NOTIFIED THAT PROPERTY IS IN OUR POSSESSION AND HE MUST CLAIM PROPERTY
WITHIN 30 DAYS OF NOTIFICATION OR PROPERTY WILL BE DISPOSED OF ACCORDING TO LAW.

| NAME OF OWNER | ADDRESS | TELEPHONE NO. |
|---|---|---|
| | | |

| OWNER NOTIFIED BY | RANK | STAR NO. | UNIT | DATE OWNER NOTIFIED: | DAY | MO. | YR. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

THIS TRACER IS TO BE SIGNED BY THE OFFICER WHO PREPARES THIS FORM AND BY THE APPROVING SUPERVISOR.

| REPORTING OFFICER (Print Name) - RANK - STAR NO. | UNIT | WRITTEN SIGNATURE | DAY | MO. | YR. |
|---|---|---|---|---|---|
| THIS DETECTIVE RETIRED, PLEASE DISPOSE OF ACCORDING TO LAW. | | | | | |

| SUPERVISOR APPROVING (Print Name) - RANK - STAR NO. | UNIT | WRITTEN SIGNATURE | DAY | MO. | YR. |
|---|---|---|---|---|---|
| ELMER-SGT.-2004-603 | | | 20 | SEP | 95 |

CPD-34.500 (Rev. 9/84)                    E & RPS REVIEW

Hobley v. Burge, et al
Case No.       03-3678

**Exhibit
11**

# EVIDENCE REPORT
## CRIME LABORATORY DIVISION/CHICAGO POLICE

| | | OTHER NO. | | RD NO. H 556277 |
|---|---|---|---|---|

**OFFENSE OR INCIDENT**
Agg. Arson

| IUCR | AREA-DIST-BEAT | DATE RECEIVED | TIME |
|---|---|---|---|
| 1 0 2 0 | 0 4 4 | 16 Dec. 86 | 0820 |

**ASSIGNMENT TYPE**
LATENT FINGERPRINT DEVELOPMENT

UNIT ASSIGNED 177-L    RECEIVED BY

| DATE ARRIVED | TIME |
|---|---|
| 16 Dec. 86 | 0820 |

**LOCATION OF SERVICE**
CHICAGO POLICE CRIME LABORATORY

REQUESTED BY

| DATE COMPLETED | TIME |
|---|---|
| 16 Dec. 86 | 1500 |

**VICTIM'S NAME**
Donald MAYO

SEX-RACE-AGE   ADDRESS

PHONE NO.

ELIM. PRINTS ☐YES ☐NO   IN CUSTODY ☐YES ☐NO   NAME       D.O.B.       CB NO.       IR NO.

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| CE/B6 | On gas can | | | | |

6-4X5" NEGS 17 DEC 86

| POSSIBLE SUSPECT INFORMATION | ☐MALE ☐FEMALE | RACE | ☐ADULT ☐JUVENILE | IDENT. SECTION | ☐SUITABLE ☐NOT SUITABLE |
|---|---|---|---|---|---|

A       E       I
B       F       J
C       G       K
D       H       L

**VEHICLES**

| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| | | | | |
| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |

**PHYSICAL EVIDENCE**

| PROP. INVENT. NO.-UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| 341644 B&A | One paper bag containing a gas can | |

DETAILS OF CASE

The evidence described above was submitted to the Crime Lab accompanied
with a request to examine it for latent impressions.

The evidence was subjected to developmental procedures with the above
results. Evidence photographed and sent to XXXXXXXX Chemistry

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| V Nikus | 4339 | 603 | | | |

| REPORTING TECHNICIAN'S NAME | STAR NO. | APPROVING SUPERVISOR'S NAME | STAR NO. |
|---|---|---|---|
| T Gianelly | 12134 | | |

CPL-33.103 (Rev. 11/81)

**CRIME LABORATORY DIVISION COPY**

Hobley v. Burge, et al
Case No.        03-3678

**Exhibit
12**

Case: 1:03-cv-05078 Document #: 832-10 Filed: 10/10/07 Page 9 of 17 PageID #:7948

**REQUEST FOR ANALYSIS/RECEIPT FOR EXHIBIT**
**CRIME LABORATORY DIVISION/CHICAGO POLICE**

R.D. NO. H 556 277

Z- 1302

PROPERTY INVENTORY NO. 34I644       UNIT. 603

4  2  4

TYPE OF CRIME

AGG. ARSON

**INSTRUCTIONS:**
Recovering/investigating officer will complete the upper portion of this form when requesting Crime Laboratory service. One form for each inventory. Failure to submit this form with property sent to the Laboratory will result in the property being forwarded to E&RPS without analysis. This form is not to be used for marijuana, controlled substances, or firearms.

VICTIM
MAYO, DONALD

| SUBMITTED BY | STAR NO. | UNIT | SUBMITTED BY | STAR NO. | UNIT |
|---|---|---|---|---|---|
| 1. J. Mikus | 4339 | 603 | 2. | | |

**EXPLAIN TYPE OF ANALYSIS REQUESTED OR REASON FOR SUBMISSION TO CRIME LABORATORY**

1. GAS CAN — FOR LASER (PRINTS)
2. (LASER) NEG DATE 16 DEC
3. (CYANACRYLATE) DATE 10 DEC 86
4. Pos (+) POWDER B/W M DATE 16 DEC 86     PRIORITY ONE
5. NINHYDRIN — DATE
6. ZN CL — DATE
7. NOTES        TO CHEM    RECEIVED SUBJECT TO VERIFICATION

| RECOVERED FROM | OWNER | RELATED INVENTORY NO(S). |
|---|---|---|
| 8308 S. PAULINA | UNK. | 341643-44-45 |

☐ MICROSCOPY UNIT       ☐ TOOLMARKS UNIT       ☐ CONTROLLED SUBSTANCE UNIT
☐ SEROLOGY UNIT          ☐ DOCUMENT UNIT        ☐ PHYSICAL CHEMISTRY UNIT
☐ FIREARMS UNIT          ☑ LASER UNIT           ☐ OTHER

One paper box containing one (1.) can

**CRIME LABORATORY PERSONNEL ONLY**

| DATE RECEIVED (DAY–MO.–YR.) | TIME | DAY OF WEEK | RECEIVED BY |
|---|---|---|---|
| 16 , Dec , 86 | 0820 | TUES | Furlong |

VIA    ☐ POLICE MAIL      ☐ EVIDENCE/LAB TECHNICIAN      ☑ IN PERSON/COURIER      ☐ OTHER

| EVIDENCE SENT TO E&RPS FOR STORAGE – WILL WORK ON REQUEST | DATE SENT | SENT BY |
|---|---|---|
| | | |

| ALL EXHIBITS TURNED OVER TO – NAME | STAR NO. | DISTRICT/UNIT |
|---|---|---|
| J. Globe | | 77 Chem |

| DATE TURNED OVER (DAY–MO.–YR.) | TIME | TURNED OVER BY | | |
|---|---|---|---|---|
| 17 DEC 86 | 1445 | J. Bay | 12134 | |

| ALL EXHIBITS TURNED OVER TO – NAME | STAR NO. | DISTRICT/UNIT |
|---|---|---|
| | | |

| DATE TURNED OVER (DAY–MO.–YR.) | TURNED OVER BY |
|---|---|
| | |

CPD-33.100 (Rev. 9/85)

Hobley v. Burge, et al
Case No.      03-3678

**Exhibit
13**

CHICAGO POLICE DEPARTMENT
CRIME LABORATORY DIVISION
1121 SOUTH STATE STREET, CHICAGO, ILLINOIS 60605 4 2 1

# LABORATORY REPORT

24 December 1986

INV #341644/ B&A

RE: CASE NO. RD #H- 556277
DONALD MAYO -   8308 SOUTH PAULINA
INVESTIGATION

On 16 December 1986, Investigator Mikus, Star #4339
of the Bomb and Arson Unit, submitted the following exhibit
to the laboratory for examination:

Exhibit Q-1:  One (1)  red/yellow 2 gallon can
labeled "Gasoline" containing
clear amber liquid.

The liquid portion of Exhibit Q-1 was subjected to
a gas-liquid chromatographic analysis.  The results are:

The can in Exhibit Q-1 contains  gasoline.

William Tyrrell,
Chemist

/ gs

CPD-33.324 (Rev. 4/84)

Hobley v. Burge, et al
Case No.        03-3678

**Exhibit
14**

CHICAGO POLICE DEPARTMENT
CRIME LABORATORY DIVISION
1121 SOUTH STATE STREET, CHICAGO, ILLINOIS 60605   4 2 4

## LABORATORY REPORT

H 556 277          341644  603

Exhibit Q1- One red/yellow 2 gallon can labeled
         "Gasoline" containing clear amber liquid.

    The liquid portion of Exhibit Q1 was subjected to
a gas-liquid chromatographic analysis.  The results are:
The can in Exhibit Q1 contains gasoline.

                                        W Tyrell
                                        23 Dec 86


                    Report
                    mailed
                    26 Dec 86


Notes
    + gasoline odor
    + flammable
    ≈ 1ml
    White paper towel was inserted in ½" hole in cap  - 1 removed & inserted cork
    Black dusting powder on can & 5 lifts

CPD 33.224 (Rev. 4/84)

Hobley v. Burge, et al
Case No.       03-3678

**Exhibit
15**

STATE OF MICHIGAN  |  SS
COUNTY OF SAGINAW |

## AFFIDAVIT

I, Donnell T. McKinley, being sworn, say:

1.     I do not know and I have never met Madison Hobley.

2.     I was arrested on December 16, 1986 for starting a fire in an apartment building at 8308

S. Paulina, Chicago, Illinois.

3.     I pled guilty to the charges resulting from that arrest.  I served an eighteen (18) month

sentence in the juvenile detention center at Harrisburg, Illinois.

4.     I used a gas can provided to me by a friend to start the fire at 8308 S. Paulina.  This gas

can had previously been used in a neighborhood lawn mowing business, and was

scratched and dinged.

5.     The gas can was taken from me at my arrest on December 16, 1986.  I never saw the can

again after that date.  On November 16, 1999, I was shown a photograph of that can. (See

paragraph 7).

6.     I was recently contacted by an investigator and a law student working for Mr. Hobley's

lawyers.  I met with the investigator and this student on November 16, 1999.  During that

meeting, the investigator showed me photographs of a two-gallon gas can.

7.  I recognized and identified the gas can in the photographs as the gas can that I used to start the fire on December 16, 1986. It is this gas can:



Before November 16, 1999, I had never seen this picture.

8.  I am sure that the gas can in this picture is the gas can I used to start the fire at 8308 S. Paulina because I have never forgotten what I did wrong, or what things I used to do what I did wrong. I remember the can as the can my friend used to cut grass in the neighborhood—the can was scratched up like the can in the picture. The can, the

apartment building, and the people that lived there are always in my mind.

9.      Before November 16, 1999, no one had ever approached me regarding Madison Hobley

or his case. I have freely given this information, and have not been coerced, threatened,

or promised anything in exchange for this sworn testimony.

The above statements are true to the best of my knowledge, information, and belief.

_Donnell McKinley_
Donnell T. McKinley

Subscribed and sworn to before me on
_Nov 19_____, 1999.

_Anna Dh_
Notary Public
Washtenaw County, Michigan
My commission expires:_____

ANDREA D. LYON
Notary Public, Washtenaw County, MI
My Commission Expires Sept. 23, 2000